de la parte apelada para que se desestime la apelación. Resuelto en junio 16, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado de la apelada: *Sr. V. Polanco de Jesús.* Los apelantes no comparecieron.

---

No. 1188. MARIANI, DEMANDANTE Y APELANTE, *v.* BARTOLI, DEMANDADA Y APELADA.—Apelación procedente de la Corte de Distrito de Ponce en un caso sobre rendición de cuentas y nulidad de actos de administración. Moción del apelante desistiendo de la apelación. Resuelto en junio 19, 1914. Se tiene por desistido al apelante. Abogado del apelante: *Sr. Francisco Parra.* Abogados de la apelada: *Sres. Tord, Castro & Canales.*

---

No. 54. EX PARTE RODRÍGUEZ, PETICIONARIO.—Solicitud para que se expida mandamiento de *habeas corpus.* Resuelto en junio 23, 1914. Desestimada la solicitud por no alegarse con toda precisión si ha vencido o no el período de cinco días de prisión a que fué condenado el peticionario. Abogados del peticionario: *Sres. Travieso & Iriarte.*

---

No. 1150. SUCESORES DE JOSÉ MARTÍNEZ, DEMANDANTES Y APELANTES, *v.* TOMÁS DÁVILA & Co., DEMANDADOS Y APELADOS.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso sobre cobro de una cantidad de dinero. Moción de los apelantes desistiendo de la apelación. Resuelto en junio 25, 1914. Se tiene por desistidos a los apelantes. Abogados de los apelantes: *Sres. Bosch & Soto.* Abogado de los apelados: *Sr. Cay. Coll Cuchí.*

---

No. 55. EX PARTE RODRÍGUEZ, PETICIONARIO.—Solicitud para que se expida mandamiento de *habeas corpus.* Resuelto